IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LATOYA MCCOY | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br>Administration | :<br><br>: | <br><br>NO. 15-6618 |

## ORDER

AND NOW, this 12th day of December, 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, defendant's Response to Request for Review of Plaintiff, and Plaintiff's Reply, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Judgment is entered affirming the decision of the Commissioner of the Social Security Administration and the relief sought by plaintiff is DENIED; and

3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

J. CURTIS JOYNER, J.